**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**Southern Division**

| | | |
|---|---|---|
| STEWART ABRAMSON on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. 2:22-cv-10156 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Hon. Gershwin A. Drain |
| BABY SHARK NETWORKS, LLC and ZAIN KHURSHID, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION FOR CLERK'S ENTRY**
**OF DEFAULT AGAINST BABY SHARK NETWORKS, LLC**

Plaintiff Stewart Abramson, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, requests that the Clerk enter a default against Baby Shark Networks, LLC for its failure to plead or otherwise defend. In support of this motion, the Plaintiffs state:

1.      Baby Shark Networks, LLC is a corporation but has not entered an appearance through counsel, as required.

2.      Pursuant to Fed.R.Civ.Proc. 55(a), the Clerk must enter a default against a Defendant that fails to plead or otherwise defend. Plaintiff therefore more for the Clerk to enter a default against Baby Shark Networks, LLC.

Dated: October 24, 22          PLAINTIFF, on behalf of themselves
                               and others similarly situated,


                               */s/ Anthony Paronich*
                               Anthony Paronich
                               Email:  anthony@paronichlaw.com
                               PARONICH LAW, P.C.
                               350 Lincoln Street, Suite 2400
                               Hingham, MA 02043
                               Telephone:  (617) 485-0018
                               Facsimile:  (508) 318-8100

                               *Attorneys for Plaintiff*


## Certificate of Service

The foregoing document has been filed electronically, is available for viewing

and downloading from the ECF system, and has October 24, 2022.

                               */s/ Anthony Paronich*
                               Anthony Paronich