# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division

| | |
|---|---|
| STEWART ABRAMSON on behalf of himself and others similarly situated, | CIVIL ACTION FILE NO. 2:22-cv-10156 |
| Plaintiff, | |
| v. | Hon. Gershwin A. Drain |
| BABY SHARK NETWORKS, LLC and ZAIN KHURSHID, | |
| Defendants. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Respectfully submitted,

*/s/ Anthony I. Paronich*
PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff and proposed class*